

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-13-00818-CR

Mark Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR2731A
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

Keith E. Hottle
Clerk of Court